UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
Chambers Room 306

Thursday December 18, 2003
10:15 a.m.

CASE NO. **3:02cv1685 MRK**   **Perez v Rite Aid Pharmacy**

Michael J. Melly
143 Oneco Avenue #4
New London, CT 06320

Diane C. Mokriski
O'Connell, Flaherty & Attmore
280 Trumbull St.
Hartford, CT 06103-3598

Michael D. O'Connell
O'Connell, Flaherty & Attmore
280 Trumbull St.
Hartford, CT 06103-3598

STATUS CONFERENCE HELD
DATE: 12/18/03
7 min.

Gregory William Piecuch
O'Connell, Flaherty & Attmore
280 Trumbull St.
Hartford, CT 06103-3598

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK