UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Settlement Conference Calendar

Honorable William I. Garfinkel, U.S. Magistrate Judge
915 Lafayette Boulevard
Bridgeport
Chambers Room #429

March 22, 2004

2:30 p.m.

*Held 3 hours.*

CASE NO. **3:02cv1685 (MRK)**    Perez vs. Rite Aid

Michael J. Melly
143 Oneco Avenue #4
New London, CT 06320


Diane C. Mokriski
O'Connell, Flaherty & Attmore
280 Trumbull St.
Hartford, CT 06103-3598


Michael D. O'Connell
O'Connell, Flaherty & Attmore
280 Trumbull St.
Hartford, CT 06103-3598


Gregory William Piecuch
O'Connell, Flaherty & Attmore
280 Trumbull St.
Hartford, CT 06103-3598


BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK