UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Amended Telephone Status Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven

Chambers Room 306

**Friday, April 2, 2004**
**4:00 p.m.**


CASE NO. **3:02cv1685 MRK**    **Perez v Rite Aid Pharmacy**

Michael J. Melly
143 Oneco Avenue #4
New London, CT 06320
860-989-9613


Diane C. Mokriski
O'Connell, Flaherty & Attmore
280 Trumbull St.
Hartford, CT 06103-3598
860-548-1300

STATUS CONFERENCE HELD
DATE: 4/2/04
45 min.


Michael D. O'Connell
O'Connell, Flaherty & Attmore
280 Trumbull St.
Hartford, CT 06103-3598
860-548-1300


Gregory William Piecuch
O'Connell, Flaherty & Attmore
280 Trumbull St.
Hartford, CT 06103-3598
860-548-1300


                            BY ORDER OF THE COURT
                            KEVIN F. ROWE, CLERK