UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Roger Perez                          :
                                     :
        *Plaintiff.*                 :
v.                                   :   Case No.  3:02cv1685
                                     :
Rite Aid Pharmacy                    :
                                     :
        *Defendant.*                 :

## PRETRIAL SCHEDULING ORDER

The parties having conferred by telephone conference on April 27, 2004, the Court sets the following modified schedule:

1. Jury selection will take place on **August 3, 2004 at 9:30 a.m.** in Courtroom #4. Trial will commence in this case at **9:30 a.m. on August 23, 2004**.

2. A final pre-trial conference will be held at **4:00 p.m. on July 23, 2004** in Courtroom #4.

   **TRIAL COUNSEL MUST ATTEND THE FINAL PRE-TRIAL CONFERENCE.**

3. The Parties' Joint Trial Memorandum (instructions are attached) is due **July 2, 2004**.

4. A telephone status conference is scheduled for **June 4 at 8:30 a.m.** Plaintiff's counsel shall initiate the call.

IT IS SO ORDERED.

/s/      Mark R. Kravitz
         U.S.D.J.

Dated at New Haven, Connecticut: April 27, 2004.