UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
Chambers Room 306

June 4, 2004, 2004

8:30 a.m.

CASE NO. **02cv1685    Perez v. Rite-Aid**

Michael J. Melly
143 Oneco Avenue #4
New London, CT 06320
860-989-9613

Diane C. Mokriski
O'Connell, Flaherty & Attmore
280 Trumbull St.
Hartford, CT 06103-3598
860-548-1300

Gregory William Piecuch
O'Connell, Flaherty & Attmore
280 Trumbull St.
Hartford, CT 06103-3598
860-548-1300

Michael D. O'Connell
O'Connell, Flaherty & Attmore
280 Trumbull St.
Hartford, CT 06103-3598
860-548-1300

STATUS CONFERENCE HELD

DATE: 6/4/04

10 min.

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK