# BGBB&G

**Bartinik, Gianacoplos, Bartinik, Bartinik & Grater, P.C.**
ATTORNEYS AT LAW

Century Professional Center
100 Fort Hill Road ♦ P.O. Box 942 ♦ Groton, Connecticut 06340-0942
Telephone (860) 445-8521 ♦ Fax (860) 445-5873

Peter J. Bartinik, Sr.*
Mark O. Grater[3]
Peter J. Bartinik, Jr.[1,2]
Lori Nader Bartinik[1]
Paul F. Twing II
Michael J. Melly

Of Counsel
Peter S. Gianacoplos

Paralegal
Elizabeth D. Venditti

Also Admitted in:
[1] PA, [2] RI, [3] NY
* Certified as a Specialist
in Civil Trial Advocacy

July 8, 2004

Honorable Mark R. Kravitz, U.S.D.J.
United States District Court
141 Church Street
New Haven, CT 06510

Re: Roger Perez v. Rite Aid Corporation
    No. 3:02cv1685 MRK

Dear Judge Kravitz:

     As you know this case settled on June 1, 2004 at a settlement conference held by Magistrate Garfinkel. On June 4, 2004 your honor gave the parties 30 days within which to file for dismissal. Due to vacations at the defendant company and defense counsel the parties require additional time to July 25, 2004 within which to file the appropriate documents with the court.

Sincerely,

Michael J. Melly

cc. Atty M. O'Connell