## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Roger Perez | : | |
| | : | |
| *Plaintiff.* | : | |
| v. | : | Case No. 3:02cv1685 |
| | : | |
| Rite Aid Pharmacy | : | |
| | : | |
| *Defendant.* | : | |

### ORDER

Having construed Plaintiff's letter dated July 8, 2004 as a Motion for Extension of Time [doc. # 42], the motion is GRANTED. The parties shall submit closing documents on or before **July 25, 2004**.

IT IS SO ORDERED.

/s/      Mark R. Kravitz
United States District Judge

Dated at New Haven, Connecticut: July 15, 2004.