# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROGER PEREZ,<br>    Plaintiff | CIVIL ACTION |
| VS. | CASE NO. 3:02CV1685 (MRK) |
| | NEW HAVEN |
| RITE AID CORPORATION,<br>    Defendant. | JULY 27, 2004 |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the Plaintiff, Roger Perez, and the Defendant, Rite Aid Corporation, hereby stipulate that this action may be dismissed with prejudice.

THE PLAINTIFF

By: _____
Michael J. Melly (CT17841)
Bartinik Giangcopolos et al PC
100 Fort Hill Road
P.O. Box 942
Groton, CT 06340-0942
Tel: 860.445.8521
Fax: 860.445.5873

THE DEFENDANT

By: _____
Michael D. O'Connell (CT05299)
O'Connell, Flaherty & Attmore, LLC
280 Trumbull Street
23rd Floor
Hartford, CT 06103
Tel: 860.548.1300
Fax: 860.548.0023